

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00081-CV

| | | |
|---|---|---|
| KENNETH DALE STEPHENS, Appellant | § | On Appeal from the 231st District Court |
| | § | of Tarrant County (231-609437-16) |
| V. | § | September 19, 2024 |
| BARBARA LYNN STEPHENS, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Kenneth Dale Stephens shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell